454 A.2d 165

Commonwealth v. Kelly, Appellant.

Submitted October 13, 1982.    David G. Metinko, Assistant Public Defender, for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and MONTGOMERY, JJ.

Judgment of sentence affirmed.

454 A.2d 165

Commonwealth v. Kidd, Appellant.

Submitted January 14, 1981.    John J. Morgan, for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., SPAETH and MONTGOMERY, JJ.

The judgment of sentence of the lower court is affirmed.

SPAETH, J. filed a memorandum concurring statement.